

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-21-00099-CV |
| IN RE: | § | |
| | § | AN ORIGINAL PROCEEDING |
| CITY OF EL PASO, TEXAS, | § | IN MANDAMUS |
| | § | |
| RELATOR. | § | |
| | § | |

# J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Sue Kurita, Judge of the County Court at Law No. 6, El Paso County, Texas, and concludes that Relater's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.